AO 121 (6/90)

TO:

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION ☐ APPEAL

DOCKET NO.                DATE FILED

COURT NAME AND LOCATION
United States District Court - Central
312 N. Spring Street
Los Angeles, California 90012

PLAINTIFF
ALEXANDER STROSS

DEFENDANT
NS DESIGNS, INC.; et. al.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 1-141-050 | Cousins Cabin-Unbox studio-Jered Hass photo | Alexander Bayonne Stross |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED        INCLUDED BY
☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED
☐ Order  ☐ Judgment

WRITTEN OPINION ATTACHED
☐ Yes  ☒ No

DATE RENDERED
9/6/2018

CLERK
KIRY GRAY

(BY) DEPUTY CLERK
Ingrid Valdes

DATE
9/6/2018

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy